```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     SOUTHERN DISTRICT OF CALIFORNIA
10                     (HONORABLE GORDON THOMPSON JR.)
11  UNITED STATES OF AMERICA,    )   CASE NO. 07CR0938-GT
                                 )
12                   Plaintiff,  )
                                 )
13  v.                           )   PROPOSED ORDER TO CONTINUE
                                 )   SENTENCING HEARING
14  ANDRES CASTRO-URIBE,         )
                                 )
15                   Defendant.  )
16  _____
17       IT IS HEREBY ORDERED, that the sentencing hearing in the above-mentioned case for
18  Mr. Castro-Uribe, should be continued from August 1, 2007, at 9:00 a.m. until August 21, 2007 at 9:00 a.m.
19       SO ORDERED.
20
21  Dated: _____
22                                   _____
                                     HONORABLE GORDON THOMPSON JR.
23                                   United States District Judge
24
25
26
27
28
```



07CR0938